# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

---

**THUNDER ISLAND AMUSEMENTS, INC.; HAROLD L. PERAU and TAMMIE L. PERAU**

       vs.
                                 **CASE NUMBER: 5:07-cv-1329 (NPM/GJD)**

**KELLY L. EWALD, Special Agent IRS; UCA No. 1; UCA No. 2; THOMAS RUBEL, Special Agent; CHRISTOPHER VICKERS, Special Agent; DOUGLAS MILLER, Special Agent; RONALD KIDDER, Computer investigative Specialist; FRANK PEREZ, Special Agent; THOMAS FATTORUSSO, Special Agent; JASON LESHINKSKY, Special Agent; NICHOLAS FINOCCHIO, Special Agent; and MICHAEL KINAHAN, Special Agent**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment against all Plaintiffs is GRANTED and the entire action is dismissed.

All of the above pursuant to the Order of the Honorable Senior United States District Judge, Neal P. McCurn, dated the 29th day of June, 2009.

DATED: June 30, 2009

_Lawrence K. Baerman_
Clerk of Court

_____
          s/
Melissa Ennis
Deputy Clerk